# UNITED STATES DISTRICT COURT

____WESTERN____ District of ____ARKANSAS____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| Charles Ray Gordon | Case Number: 2:03CR20001-001 |
| | USM Number: 06529-010 |
| | David Dunagin |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) __General and Condition #11__ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | On July 26, 2012, the defendant was convicted of contempt for failure to to pay fine (original charges were DWI, public intoxication, and disorderly conduct) | 07/23/2012 |
| General | On August 8, 2012, the defendant was convicted of resisting arrest, obstructing governmental operations, improper lane usage, and driving while license suspended. | 06/06/2012 |
| General | On December 29, 2011, the defendant was convicted of public intoxication and disorderly conduct. | 12/24/2011 |
| General | January 18, 2012, defendant was convicted of driving while intoxicated, 1st offense. | 12/17/2011 |
| Cond. #11 | Failed to notify probation office within seventy-two hours of an arrest. | 07/26/2012 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed within the statutory range and the U.S. Sentencing Guidelines were considered as advisory.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: xxx-xx-8613 | September 12, 2012 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: xx/xx/1977 | |
| | /S/ Robert T. Dawson |
| | Signature of Judge |
| Defendant's Residence Address: XXXXXXXXXXXX Fort Smith, AR 72904 | |
| | Honorable Robert T. Dawson, Senior United States District Judge |
| | Name and Title of Judge |
| | 9/13/12 |
| | Date |
| Defendant's Mailing Address: same as above | |

DEFENDANT: Charles Ray Gordon
CASE NUMBER: 2:03CR20001-001

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Six (6) months with credit for time served since August 12, 2012. No term of supervised release will follow the term of imprisonment.

☐ The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
       DEPUTY UNITED STATES MARSHAL